1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ELLEN RENEA LEE, | ) Case No. CV 10-9704 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) ) ) |

19
20    IT IS ADJUDGED that the decision of the Commissioner of the Social
21 Security Administration is **AFFIRMED**.
22
23
24 Dated: September 29, 2011
25                                         _____
26                                         Hon. Jay C. Gandhi
27                                         United States Magistrate Judge
28